ERNEST F. JENKINS and Others, Appellants, v. HENRY L. MARSH and Others, Respondents.— Order reversed on the facts, as a matter of discretion, without costs of this appeal to either party, and motion denied. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES ANDERSON, Respondent, v. JOSEPH CRAWFORD and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LURA RAYMOND, as Administratrix, etc., of THOMAS E. RAYMOND, Deceased, Respondent, v. REPUBLIC LIGHT, HEAT AND POWER COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ISADORE MILLER, Appellant, v. PURITY CO-OPERATIVE BAKERY ASSOCIATION, INCORPORATED, Respondent.— Judgment of County Court reversed on the law and facts and judgment of Municipal Court affirmed, with costs in all courts to appellant upon the ground that on the trial plaintiff sustained his burden of proof and there were no errors made justifying a reversal. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CLARA B. CHURCH, Respondent, v. HERMAN L. GOETTEL, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWIN E. CHURCH, Respondent, v. HERMAN L. GOETTEL, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS ABOTTE and Another, Respondents, v. LONDON AND SCOTTISH ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, and Others, Appellants.— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS ABOTTE and Another, Respondents, v. AMERICAN CENTRAL FIRE INSURANCE COMPANY OF ST. LOUIS, MISSOURI, and Others, Appellants.— Judgment affirmed, with costs. All concur except Edgcomb, J., who dissents and votes for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS ABOTTE and Another, Respondents, v. AMERICAN AND FOREIGN FIRE INSURANCE COMPANY OF NEW YORK CITY, N. Y., and Others, Appellants.— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DAVID S. WRIGHT, Appellant, v. ORSON R. NUDD and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.